JAMES T. DIAMOND, JR., SBN #131525
GOLDFARB & LIPMAN
1300 Clay Street, Ninth Floor
City Center Plaza
Oakland, CA  94612
Telephone:  (510) 836-6336
Facsimile:  (510) 836-1035

Attorneys for Defendant
SCHWAN'S CONSUMER BRANDS OF NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>SCHWAN'S CONSUMER BRANDS OF NORTH AMERICA, INC.,<br><br>        Defendant. | Case No.:  C 05 02161 EMC<br><br>**STIPULATION TO MEDIATION, WITHDRAWAL OF MOTION TO DISMISS OR STAY WITHOUT PREJUDICE, TO EXTEND TIME FOR RESPONSE TO COMPLAINT, AND TO CONTINUE INITIAL CASE MANAGEMENT DATES; ORDER** |

The Parties, Schwan's Consumer Brands of North America, Inc. ("Defendant") and Plaintiff Equal Employment Opportunity Commission ("Plaintiff"), through their counsel of record, request and stipulate as follows, and to amend the Order Setting Initial Case Management Conference, for good cause as follows:

WHEREAS, prior to the Plaintiff's filing of this action, Suzanna Mayhew, the employee on whose behalf this action was filed, filed an action against Defendant in the Superior Court of the State of California, entitled, *Mayhew v. Tony's Pizza dba Schwan's Consumer Brands of North America, Inc., et al.*, Sacramento Superior Court Case No. 04AS04463.  Defendant Schwan's Consumer Brands of North America, Inc. ("Defendant") has filed a motion to dismiss

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

1
STIPULATION
1391\03\282789.1

or stay this federal action based on the pendency of the state court action, which Defendant contends is substantially similar to this action; and,

WHEREAS, the parties, including Ms. Mayhew, have agreed to attempt to resolve this action and the state court action through a global mediation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED TO BY THE PARTIES THAT:**

1.     The deposition of Suzanna Mayhew will be taken on October 12, 2005.  Counsel for Defendant has notified Plaintiffs' counsel that it may be necessary to exceed the 7 hour limitation imposed by F.R.C.P., Rule 30(d)(2) for the deposition of Suzanna Mayhew, and Plaintiff has agreed to stipulate to extending the deposition for up to an additional 7 hours if requested by either party during the deposition.

2.     The parties will schedule a mediation before a mutually-agreed upon neutral at JAMS by no later than November 15, 2005.

3.     Defendant hereby withdraws its motion to dismiss, currently pending for hearing before this Court on October 7, 2005.  This withdrawal is without prejudice as discussed below.

4.     If this action is not settled at the mediation, no later than fourteen (14) days after the completion of the mediation Defendant shall file an answer to the complaint, or place back on calendar the motion to dismiss or stay if Ms. Mayhew does not dismiss the state court action as she has agreed to do by stipulation.  A true and correct copy of the state court stipulation is attached hereto as Exhibit A.

5.     The parties request that the dates for the parties to comply with their meet and confer obligation, the preparation of a joint case management statement, the preparation and service of initial disclosures, and the case management conference itself, be continued for forty-five (45) days in order to give the parties time to resolve this action informally.

///

///

Goldfarb &

Lipman LLP

1300 Clay Street

Ninth Floor

Oakland

California

94612

510 836-6336

510 836-1035 FAX

2
STIPULATION

1391\03\282789.1

DATED:  September ___, 2005                    EQUAL EMPLOYMENT
                                               OPPORTUNITY COMMISSION


                                       By: _____/s/_____
                                            SANYA HILL-MAXION


DATED:  September ___, 2005                    GOLDFARB & LIPMAN LLP


                                       By: _____/s/_____
                                            JAMES T. DIAMOND, JR.
                                            Attorneys for Defendant
                                            SCHWAN'S CONSUMER BRANDS
                                            NORTH AMERICA, INC.

## **ORDER**

Good cause appearing, IT IS ORDERED:

1.      The Case Management Conference currently scheduled in this action for October 28, 2005 is continued to _December 16, 2005___, at 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94103.

2.      The parties shall meet and confer as required by Rule 26 by no later than _Nov. 25, 2005___.

3.      The parties shall serve their initial disclosures by no later than _Dec. 09, 2005___.

4.      The parties shall file the Rule 26(f) report and joint case management statement by no later than _Dec. 09, 2005___.

Dated: _Sept. 09_____, 2005

_____
Honorabl
U.S. Distr

Judge Charles R. Breyer

APPROVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX