1  WILLIAM R. TAMAYO (CA. State Bar No. 084965)
   JONATHAN T. PECK (VA. State Bar No. 12303)
2  SANYA HILL MAXION (WA. State Bar No. 18739)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, California 94105
   Telephone: (415) 625-5650
5  Facsimile : (415) 625-5657

6  Attorneys for Plaintiff
   Equal Employment Opportunity Commission
7

8  JAMES T. DIAMOND, JR.  State Bar No. 131525
   GOLDFARB & LIPMAN
9  1300 Clay Street, Ninth Floor
   Oakland, CA 94612
10 Telephone: (510) 836-6336
   Facsimile:  (510) 836-1035
11
   Attorneys for Defendant
12 SCHWAN'S CONSUMER BRANDS OF NORTH AMERICA, INC.

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17

18 EQUAL EMPLOYMENT OPPORTUNITY )       CIVIL ACTION NO.
   COMMISSION,                  )       **C-05-02161-CRB**
19                              )
                                )
20          Plaintiff,           )      **AMENDED
                                )       STIPULATED REQUEST FOR
21 v.                           )       ORDER CHANGING TIME AND
                                )       [PROPOSED] ORDER**
22 SCHWAN'S CONSUMER BRANDS     )
   OF NORTH AMERICA, INC.,      )       **Local Rule 6-2**
23                              )
            Defendant.           )
24 _____)

25         Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, and defendant

26 SCHWAN'S CONSUMER BRANDS OF NORTH AMERICAN, INC.., by and through their

27 respective counsel of record, jointly stipulate and request that case deadlines governed by the

28 Scheduling Order dated September 9, 2005, be amended as follows:

                                        1

1. The Case Management Conference currently scheduled in this action for December 16, 2005 at 8:30 a.m. is continued to January 20, 2006 at 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 941043.

2. The parties shall meet and confer as required by Rule 26 by no later than January 6, 2006.

3. The parties shall serve their initial disclosures by no later than January 13, 2006.

4. The parties shall file the Rule 26(f) report and joint case management statement by no later than January 13, 2006.

The foregoing request is based on the justifications set forth in the concurrently filed Declaration of Sanya Hill Maxion as required by Local Rule 6-2(a).

Approved as to form.

DATED: December 6, 2005          /s/ Sanya Hill Maxion
                                 SANYA HILL MAXION
                                 Attorney for Plaintiff EEOC

DATED: December 6, 2005          /s/ James T. Diamond
                                 JAMES T. DIAMOND
                                 Attorney for Defendant, SCHWAN'S CONSUMER
                                 BRANDS NORTH AMERICA, INC.
                                 MANAGEMENT, INC,

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 08, 2005
                                 CHARLES R. BREYER
                                 United States District Court Judge

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2