JAMES T. DIAMOND, JR., SBN #131525
GOLDFARB & LIPMAN
1300 Clay Street, Ninth Floor
City Center Plaza
Oakland, CA 94612
Telephone: (510) 836-6336
Facsimile: (510) 836-1035
E-mail: jdiamond@goldfarblipman.com

Attorneys for Defendant
SCHWAN'S CONSUMER BRANDS OF
NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SCHWAN'S CONSUMER BRANDS OF NORTH AMERICA, INC.,<br><br>Defendant. | Case No.: CV 05-02161 CRB<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER**<br><br>Local Rule 6-2 |

Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, and defendant SCHWAN'S CONSUMER BRANDS OF NORTH AMERICAN, INC., by and through their respective counsel of record, jointly stipulate and request that case deadlines governed by the Scheduling Order dated December 8, 2005, be amended as follows:

1. The Case Management Conference currently scheduled in this action for January 20, 2006 at 8:30 a.m. is continued to February 17, 2006 at 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 941043.

2. The parties have met and conferred as required by Rule 26.

3. The parties shall serve their initial disclosures by no later than February 10, 2006.

4. The parties have filed the Rule 26(f) report and joint case management statement.

The foregoing request is based on the justifications set forth in the concurrently filed

Declaration of James T. Diamond, Jr. as required by Local Rule 6-2(a).

DATED: January 19, 2006

Respectfully submitted,

GOLDFARB & LIPMAN LLP

By: _____/s/_____
JAMES T. DIAMOND, JR.
Attorneys for Defendant
SCHWAN'S CONSUMER BRANDS NORTH AMERICA, INC.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: _____/s/_____
SANYA HILL-MAXION
Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 20, 2006

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX