1  WILLIAM R. TAMAYO (CA. Sate Bar No. 084965)
   JONATHAN T. PECK (VA. State Bar No. 12303)
2  SANYA HILL MAXION (WA. State Bar No. 18739)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, California 94105
   Telephone: (415) 625-5650
5  Facsimile : (415) 625-5657

6  Attorneys for Plaintiff
   Equal Employment Opportunity Commission
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 EQUAL EMPLOYMENT OPPORTUNITY )
   COMMISSION,                  )      Case No: CV 05-02161 CRB
12                              )
                                )
13           Plaintiff,          )      **STIPULATED REQUEST FOR ORDER
                                )      CHANGING TIME AND [PROPOSED]**
14 v.                           )      **ORDER**
                                )
15 SCHWAN'S CONSUMER BRANDS OF  )      Local Rule 6-2
   NORTH AMERICA, INC.,         )
16                              )
             Defendant.          )
17 _____)

18         Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, and defendant

19 SCHWAN'S CONSUMER BRANDS OF NORTH AMERICA, Inc., by and through their

20 respective counsel of record, jointly stipulate and request that case deadlines governed by the

21 Scheduling Order dated January 19, 2006.

22         1.      The Case Management Conference currently scheduled in this action for February

23 17, 2006 at 8:30 a.m. is continued to April 21, 2006 at 8:30 a.m. in Courtroom 8, 19th Floor, 450

24 Golden Gate Avenue, San Francisco, CA 941043.

25         2,      The parties have met and conferred as required by Rule 26.

26         3       The parties shall serve their initial disclosures by no later than April 14, 2006.

27 STIP REQ FOR ORDER CHANGING
   AND [PROPOSED] ORDER
28                                          1

4. The parties have filed the Rule 26(f) report and joint case management statement.

The foregoing request is based on the justifications set forth in the concurrently filed Declaration of Sanya Hill Maxion, as required by Local Rule 6-2(a).

DATED: February 9, 2006                Respectfully submitted,

                                                        //s//
SANYA HILL MAXION
Attorneys for Plaintiff

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

                                                        //s//
JAMES T. DIAMOND, JR.
Attorneys for Defendant

SCHWAN'S CONSUMER BRANDS NORTH AMERICA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:** February 13, 2006

**CHARLES R. BREYER**
**United States District Judge**

IT IS SO ORDERED
Judge Charles R. Breyer

STIP REQ FOR ORDER CHANGING
AND [PROPOSED] ORDER

2