JAMES T. DIAMOND, JR., SBN #131525
GOLDFARB & LIPMAN
1300 Clay Street, Ninth Floor
City Center Plaza
Oakland, CA  94612
Telephone:  (510) 836-6336
Facsimile:  (510) 836-1035
E-mail: jdiamond@goldfarblipman.com

Attorneys for Defendant
SCHWAN'S CONSUMER BRANDS OF
NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

               Plaintiff,

      v.

SCHWAN'S CONSUMER BRANDS OF
NORTH AMERICA, INC.,

               Defendant.

Case No.:  CV 05-02161 CRB

**STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT;
[PROPOSED] ORDER**

Local Rule 6-1

     Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, and defendant
SCHWAN'S CONSUMER BRANDS OF NORTH AMERICAN, INC., by and through their
respective counsel of record, jointly stipulate and request that the date for Defendant to answer
or otherwise respond to the Complaint be amended as follows:

     The deadline for Defendant to answer or to re-file its motion to dismiss the Complaint in
this action is currently May 3, 2006, pursuant to this Court's September 9, 2005 order requiring
Defendant to answer or re-file the motion within fourteen (14) days of the conclusion of the
parties' mediation that concluded on April 19, 2006.  The parties hereby stipulate that the
deadline for Defendant to answer or to re-file its motion to dismiss be extended up through and
including June 9, 2006.

     The foregoing request is based on the justifications set forth in the concurrently filed

STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
1391\03\339520.1

1    Declaration of James T. Diamond, Jr. as required by Local Rule 6-2(a).

2    DATED:  April 27, 2006              Respectfully submitted,

3                                       GOLDFARB & LIPMAN LLP

4

5                                       By:  _____/s/_____
6                                       JAMES T. DIAMOND, JR.
                                        Attorneys for Defendant
7                                       SCHWAN'S CONSUMER BRANDS NORTH
                                        AMERICA, INC.
8

9
                                        EQUAL EMPLOYMENT OPPORTUNITY
10                                      COMMISSION

11

12                                      By:  _____/s/_____
                                        SANYA HILL-MAXION
13                                      Attorneys for Plaintiff

14

15          PURSUANT TO STIPULATION, IT IS SO ORDERED.

16              May 01,
     DATED: April ___, 2006
17                                      CHARLES R. BREYER
                                        United States District Court Judge
18

19

20

21

22

23

24

25

26

27

28

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
1391\03\339520.1