# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

CASE NO.: C-05-2161 CRB (JCS)

CASE NAME: *EEOC v. Schwan's Consumer Brands of No. America*

MAGISTRATE JUDGE JOSEPH C. SPERO    CLERK: _____

DATE: 5/26/2006  TIME: 1 hr.    COURT REPORTER: not reported

COUNSEL FOR PLAINTIFF(S):          COUNSEL FOR DEFENDANT(S):

William R. Tamayo                  James T. Diamond, Jr.

## PROCEEDINGS

☐ SETTLEMENT CONFERENCE    X FURTHER TEL. SETTLEMENT CONFERENCE
☐ DISCOVERY CONFERENCE
☐ STATUS CONFERENCE RE: _____
☐ TELEPHONIC SCHEDULING CONFERENCE RE: _____
☐ OTHER: _____

CASE CONTINUED TO: May 31, 2006, at 9:30 a.m.  FOR  Settlement Conference

NOTES:

Further telephonic settlement discussions held with counsel on 5/26/2006.