# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

CASE NO.:   C-05-2161 CRB (JCS)

CASE NAME:   *EEOC v. Schwan's Consumer Brands of No. America*

MAGISTRATE JUDGE JOSEPH C. SPERO       CLERK: Mary Macudzinski-Gomez

DATE:  5/31/2006          TIME:  1 hr.          COURT REPORTER: not reported

COUNSEL FOR PLAINTIFF(S):                COUNSEL FOR DEFENDANT(S):

William R. Tamayo                         James T. Diamond, Jr.
Jonathan T. Peck
Sanya Patrice Hill Maxion
William F. Wright

## PROCEEDINGS

☐ SETTLEMENT CONFERENCE      X  FURTHER SETTLEMENT CONFERENCE
☐ DISCOVERY CONFERENCE
☐ STATUS CONFERENCE RE:
☐ TELEPHONIC SCHEDULING CONFERENCE RE:
☐ OTHER:

CASE CONTINUED TO:                    FOR

NOTES:

   A Further Settlement Conference was held.  The case settled, and all parties signed the settlement agreements.