```
WILLIAM R. TAMAYO – #084965 (CA)
JONATHAN T. PECK - #12303 (VA)
SANYA HILL MAXION - #18739 (WA)
EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105
Telephone:    (415) 625-5650
Facsimile:    (415) 625-5657
```

Attorneys for Plaintiff

```
JAMES T. DIAMOND, JR., #131525 (CA)
GOLDFARB & LIPMAN
1300 Clay Street, Ninth Floor
Oakland, CA 94612
Telephone: (510) 836-6336
Facsimile:   (510) 836-1035
```

Attorneys for Defendant
SCHWAN'S CONSUMER BRANDS OF
NORTH AMERICA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>SCHWAN'S CONSUMER BRANDS OF NORTH AMERICA, INC.<br><br>  Defendant. | NO. C-05-02161 CRB<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND FOR RETENTION OF JURISDICTION BY THE COURT AND ORDER |

1  Plaintiff Equal Employment Opportunity Commission and Defendant, Schwan's
2  Consumer Brands of North America, Inc., ("SCHWAN") and through their undersigned
3  counsel, hereby stipulate to dismissal with prejudice of all claims against SCHWAN.
4  There are no remaining issues or parties in this action.

5  Pursuant to <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 381-82
6  (1994) and <u>Flanagan v. Armaiz</u>, 143 F.3d 540, 543-44 (9th Cir. 1998), the parties further
7  stipulate that this Court shall retain jurisdiction of this action for the purposes of
8  resolving any disputes that may arise in the future regarding the parties' Settlement
9  Agreement, attached hereto as Exhibit A to this Stipulation. The parties further agree
10 that the Court's jurisdiction over this matter shall automatically expire one calendar
11 year from the date of the execution of the Settlement Agreement.

12 This stipulation is based on Rule 41 (a)(l)(ii) of the Federal Rules of Civil
13 Procedure and has been signed for all parties. The EEOC and Schwan agree to bear
14 their own attorney fees and costs.

15 On behalf of Plaintiff, EEOC                   On behalf of Defendant, Schwan

17 _____                      _____
   WILLIAM R. TAMAYO                              JAMES T. DIAMOND
18 Regional Attorney                              GOLDFARB & LIPMAN

20 _____
   JONATHAN T. PECK
   Supervisory Trial Attorney

23 _____
   SANYA HILL MAXION
   Senior Trial Attorney

24 APPROVED AND SO ORDERED:

26 DATED: _____                           _____
                                                  U.S. DISTRICT JUDGE CHARLES R. BREYER