1  WILLIAM R. TAMAYO – #084965 (CA)
2  JONATHAN T. PECK - #12303 (VA)
   SANYA HILL MAXION - #18739 (WA)
3  EQUAL EMPLOYMENT OPPORTUNITY
     COMMISSION
4  San Francisco District Office
   350 The Embarcadero, Suite 500
5  San Francisco, California  94105
   Telephone:   (415) 625-5650
6  Facsimile:    (415) 625-5657

7  Attorneys for Plaintiff

8  JAMES T. DIAMOND, JR., #131525 (CA)
   GOLDFARB & LIPMAN
9  1300 Clay Street, Ninth Floor
   Oakland, CA 94612
10 Telephone: (510) 836-6336
   Facsimile:   (510) 836-1035
11
   Attorneys for Defendant
12 SCHWAN'S CONSUMER BRANDS OF
   NORTH AMERICA, INC.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 EQUAL EMPLOYMENT OPPORTUNITY )
   COMMISSION,                  )         NO. C-05-02161 CRB
18                              )
                  Plaintiff,    )
19                              )
   v.                           )         STIPULATION FOR DISMISSAL WITH
20                              )         PREJUDICE AND FOR RETENTION
   SCHWAN'S CONSUMER BRANDS OF  )         OF JURISDICTION BY THE COURT
21 NORTH AMERICA, INC.          )         AND ORDER
                                )
22                              )
                  Defendant.    )
23                              )

24

25

26

27

28

STIPULATION & ORDER OF DISMISSAL
C-05-01261-CRB                              Page 1

1  Plaintiff Equal Employment Opportunity Commission and Defendant, Schwan's
2  Consumer Brands of North America, Inc., ("SCHWAN") and through their undersigned
3  counsel, hereby stipulate to dismissal with prejudice of all claims against SCHWAN.
4  There are no remaining issues or parties in this action.

5  Pursuant to Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381-82
6  (1994) and Flanagan v. Armaiz, 143 F.3d 540, 543-44 (9th Cir. 1998), the parties further
7  stipulate that this Court shall retain jurisdiction of this action for the purposes of
8  resolving any disputes that may arise in the future regarding the parties' Settlement
9  Agreement, attached hereto as Exhibit A to this Stipulation. The parties further agree
10 that the Court's jurisdiction over this matter shall automatically expire one calendar
11 year from the date of the execution of the Settlement Agreement.

12 This stipulation is based on Rule 41 (a)(l)(ii) of the Federal Rules of Civil
13 Procedure and has been signed for all parties. The EEOC and Schwan agree to bear
14 their own attorney fees and costs.

15 On behalf of Plaintiff, EEOC                           On behalf of Defendant, Schwan

17 _____                        _____
   WILLIAM R. TAMAYO                                      JAMES T. DIAMOND
18 Regional Attorney                                      GOLDFARB & LIPMAN

20 _____
   JONATHAN T. PECK
   Supervisory Trial Attorney

23 _____
   SANYA HILL MAXION
   Senior Trial Attorney

24 APPROVED AND SO ORDERED:

27 DATED: __June 2, 2006__                                _____
                                                         U.S. DISTRICT JUDGE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION & ORDER OF DISMISSAL
C-05-01261-CRB                                           Page 2